# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 15, 2019

## NO. 03-17-00525-CV

**Henry Neal, Appellant**

**v.**

**Wayne Guidry and Kat Guidry, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND SHANNON**
**REVERSED AND REMANDED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the trial court on May 10, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for a new trial. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.